No. 299.—Criado, peticionario, *v.* Sepúlveda, Juez, dmdo., y Soldevila, interventora.—Julio 26, 1935.

(Por la Corte, a propuesta del Juez Asociado Sr. Wolf.)

San Juan, Puerto Rico, julio 26, 1935.

Oídas las partes sobre la procedencia de un auto de mandamus en que el peticionario se quejó de la paralización, de un pleito de divorcio iniciado por él hasta que él pagase los alimentos provisionales y honorarios de abogado decretados por la corte inferior; y

Vistos los casos de *Farrar* v. *Farrar*, 45 Cal. Ap. 584; *Schummer* v. *Schummer*, 248 N. W. 492–493; *Allen* v. *Superior Court*, 133 Cal. 504 y además las notas contenidas en 1 Cal. Jur. 988 y 62 A. L. R. 664;

Se niega el auto solicitado.